# FOR PUBLICATION

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

In Re: SHAHZAD KHALIGH,
                              *Debtor.*

SHAHZAD KHALIGH,
                              *Appellant,*

                v.

FRED HADAEGH,
                              *Appellee.*

No. 06-55361

BAP No.
CC-05-01148-KPaB

ORDER

Appeal from the Ninth Circuit
Bankruptcy Appellate Panel
Klein, Pappas, and Brandt, Bankruptcy Judges, Presiding

Submitted October 15, 2007*
Pasadena, California

Filed November 8, 2007

Before: Ferdinand F. Fernandez and Kim McLane Wardlaw,
Circuit Judges, and Raner C. Collins,** District Judge.

## COUNSEL

Simon J. Dunstan, Hughes & Dunstan, LLP, Woodland Hills,
California, for the appellant.

*The panel unanimously finds this case suitable for decision without oral argument. Fed. R. App. P. 34(a)(2).

**The Honorable Raner C. Collins, United States District Judge for the District of Arizona, sitting by designation.

14673

Paul A. Beck, Law Offices of Paul A. Beck, Sherman Oaks, California, for the appellee.

## ORDER

Shahzad Khaligh appeals the decision of the Bankruptcy Appellate Panel, which affirmed the bankruptcy court's determination that Fred Hadaegh's award of damages obtained against her was not dischargeable. *See* 11 U.S.C. § 523(a)(6). She argues that mutual collateral estoppel is not available in California when the prior determination was made in a confirmed arbitration award decision.

We disagree and, therefore, affirm for the reasons cogently set forth in the majority opinion of the Bankruptcy Appellate Panel. *See Khaligh v. Hadaegh (In re Khaligh)*, 338 B.R. 817 (B.A.P. 9th Cir. 2006).

AFFIRMED.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2007 Thomson/West.